# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

CYNTHIA A. GROS

VERSUS

BATON ROUGE REHABILITATION
HOSPITAL, LLC, D/B/A BATON
ROUGE REHAB HOSPITAL

NO. 2020 CW 0279

**MAY 1 2 2020**

---

In Re:   Baton Rouge Rehabilitation Hospital, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 628,887

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's January 8, 2020 order, granting plaintiff, Cynthia A. Gros's, Motion to Compel the Discovery Responses of Baton Rouge Rehabilitation Hospital, is vacated. As the requested discovery items are not ones in which Gros is clearly entitled to without supporting proof, the district court erred granting the motion *ex parte* and without an opposition from defendant, Baton Rouge Rehabilitation Hospital d/b/a Baton Rouge Rehab Hospital. See La. Code Civ. P. art. 963. Accordingly, the district court is ordered to set Gros's Motion to Compel for a contradictory hearing, and to allow an opposition from Baton Rouge Rehabilitation Hospital.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT